UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGXIA WANG, et al., | Case No. 25-cv-10689-SVK |
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL** |
| JOSEPH B. EDLOW, et al., | |
| Defendants. | Re: Dkt. No. 15 |

Before the Court is an administrative sealing motion related to Defendants' Motion to Dismiss. Dkt. 15. The administrative motion is itself filed under seal, and Defendants seek to maintain under seal: the administrative motion, portions of their Motion to Dismiss, and the declaration of Devon Johnston in support thereof. Dkt. 15-4.

The basis for Defendants' sealing request is that, generally, information pertaining to certain kinds of immigration applications cannot be disclosed without the written consent of the applicant. The Court agrees that some of the information Defendants seek to seal is properly sealable, but disagrees that the general asylee status of the Plaintiffs' must be maintained under seal at least because Plaintiffs in their opposition have made that fact public. *See, e.g.*, Dkt. 22 (while not available to the public electronically, the opposition is available at the court's public terminal). Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' Administrative Motion to File Under Seal as follows:

////

////

////

////

////

United States District Court
Northern District of California

| Document to Be Sealed | Portions to Seal | Court Ruling |
|---|---|---|
| Defendants' Administrative Motion and attachments<br><br>Dkts. 15–15-1, 15-4 | In their entirety | **GRANTED in full.** These documents are inextricably intertwined with Defendants' argument about the asylum-related information that they seek to seal, and disclosure of these documents would make that very information public. These documents do not concern the merits of the action and may be sealed for good cause. |
| Defendants' Motion to Dismiss<br><br>[Dkt. 15-2] | Highlighted portions at ECF:<br><br>18:4-5 | **GRANTED** as to ECF page 18, lines 4-5.  Otherwise **DENIED**, as the remaining portions of Defendants' Motion to Dismiss reflects only Plaintiffs' general asylee status which, without more, they have made public. |
| Declaration of Devon Johnston<br><br>[Dkt. 15-3] | None | **DENIED**. The declaration of Mr. Johnston discloses **only** the that the Plaintiffs I-485 Applications are based on their asylee status in general, without more.  Plaintiffs' general asylee status, without more, has been made public by them. |

The Clerk of Court shall maintain Dkts. 15–15-2 and 15-4 under seal.  **No later than April 24, 2026**, Defendants shall a public, redacted copy of Dkt. 15-2 in accordance with this Order (redacting only page 18, lines 4-5 as noted above).  The Clerk of Court shall **unseal** Dkt. 15-3.

**SO ORDERED.**

Dated: April 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2