CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6570
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGXIA WANG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services (USCIS), et al.,<br><br>Defendants. | Case No. 5:25-cv-10689-SVK<br><br>**JOINT STIPULATION TO EXTEND DEADLINE; ~~[PROPOSED]~~ ORDER**<br><br>Hon. Susan van Keulen |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants to file a Motion for Summary Judgment. On July 9, 2026, the Court adopted the parties' proposed briefing schedule on cross-motions for summary judgment. Dkt. 47. Since that time, some of the Plaintiffs' pending I-485 applications that are the subject of this lawsuit have been adjudicated, and their claims dismissed. The parties conferred and agree that it would be in the best interest of time to postpone the briefing on summary judgment to see if further administrative resolutions can be reached. As such, the parties stipulate and respectfully request the Court enter the following updated briefing schedule:

- Deadline for Defendants to file a Motion for Summary Judgment: September 8, 2026
- Deadline for Plaintiffs to file an Opposition and/or Cross-Motion for Summary Judgment: September 28, 2026.
- Deadline for Defendants to file a Reply and/or Opposition: October 12, 2026
- Deadline for Plaintiffs to file a reply: October 19, 2026

This extension will not disrupt any other deadlines currently set in this matter.

DATED: August 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
Molly A. Friend
Assistant United States Attorney
Attorneys for Defendants

DATED: August 28, 2026

Respectfully submitted,

*/s/ Jessica T. Arena*
Jessica T. Arena
LAW OFFICES OF JESSICA T. ARENA
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Parties shall brief motions for summary judgment as set below.

| **EVENT** | **DEADLINE** |
| --- | --- |
| Deadline for Defendants to file a Motion for Summary Judgment | September 8, 2026 |
| Deadline for Plaintiffs to file an Opposition and/or Cross-Motion for Summary Judgment | September 28, 2026 |
| Deadline for Defendants to file a Reply and/or Opposition | October 12, 2026 |
| Deadline for Plaintiffs to file a Reply | October 19, 2026 |

Date: September 3, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

**DECLARATION OF MOLLY A. FRIEND**

I, Molly A. Friend, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On July 9, 2026, the Court adopted the parties' proposed briefing schedule on cross-motions for summary judgment. Dkt. 47.

3. Since that time, some of the Plaintiffs' pending I-485 applications that are the subject of this lawsuit have been adjudicated, and their claims dismissed.

4. The parties conferred and agree that it would be in the best interest of time to postpone the briefing on summary judgment to see if further administrative resolutions can be reached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 28, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney