CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENGXIA WANG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-10689 SVK<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ~~[PROPOSED]~~ ORDER** |

On September 3, 2026, the Court granted the parties' Joint Stipulation to Extend Deadline, setting Defendants' motion for summary judgment deadline as September 8, 2026. Dkt. No. 51. Defendants apologize to the Court for not submitting their motion due to an administrative calendaring error that set the due date on a different date. The parties conferred and respectfully request the Court to grant an extension for Defendants' motion for summary judgment and set Defendants' response due by September 15, 2026. The parties make this request because Defendants' counsel needs a brief additional time to review and finalize Defendants' response. The remaining deadlines currently set in the parties' briefing schedule remain unchanged. The parties respectfully request the Court to grant their stipulation.

///

///

Dated: September 11, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 11, 2026

*/s/ Jessica T. Arena*
JESSICA T. ARENA
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.