CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
Facsimile: (415) 436-6748
Kelsey.Helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENGXIA WANG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-10689 SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNTER MOTION FOR DISCOVERY; ~~[PROPOSED]~~ ORDER** |

On September 18, 2026, Plaintiffs filed a Counter-Motion for Limited Discovery under F.R.C.P. 56(d), setting Defendants' response deadline as October 2, 2026. Dkt. No. 55. The parties conferred and respectfully request the Court to grant an extension for Defendants' response to Plaintiffs' Rule 56(d) Counter-Motion, and set Defendants' response due by October 9, 2026, and Plaintiffs' reply is due by October 16, 2027. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter for Defendants has departed the United States Attorney's Office, and the case is being transferred to a new AUSA. The new AUSA needs additional time to review the matter and prepare a response. The hearing currently scheduled for November 3, 2026, at 10:00 a.m. remains unchanged.

Dated: October 2, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kelsey J. Helland
KELSEY J. HELLAND
Assistant United States Attorney
Attorneys for Defendants

Dated: October 2, 2026

/s/ Jessica T. Arena
JESSICA T. ARENA
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 5, 2026

Susan van Keulen
SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**DECLARATION OF KELSEY J. HELLAND**

I, Kelsey J. Helland, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On September 18, 2026, Plaintiffs filed a Counter-Motion for Limited Discovery under F.R.C.P. 56(d), setting Defendants' response deadline as October 2, 2026. Dkt. No. 55.

3. I was recently assigned to this case and will need additional time to review and prepare a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 2, 2026

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney