**IN THE UNITED STATES DISTRICT COURT**
**OF NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO / OAKLAND DIVISION**

| | |
|---|---|
| Mengxia Wang et al,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), and USCIS,<br><br>Defendants. | Case No.: 4:25-cv-10689-SVK<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' COUNTER-MOTION FOR LIMITED DISCOVERY UNDER FED. R. CIV. P. 56(d)** |

The Court held a hearing on November 10, 2026 on Plaintiffs' Counter-Motion for Limited Discovery Under FRCP 56(d). For the reasons stated on the record, Plaintiffs' Counter-Motion is GRANTED on the terms set forth below. Defendants' Motion for Summary Judgment at Dkt. 54 is TERMINATED without prejudice to re-filing after the close of discovery.

Having considered Plaintiffs' Notice of Counter-Motion and Counter-Motion for Limited Discovery Under Fed. R. Civ. P. 56(d), the supporting Declaration of Jessica T. Arena, Defendants' opposition, ~~if any~~ the Parties' arguments at the hearing, and the record in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Counter-Motion is GRANTED as follows:

1. Discovery Ordered. Within 30 days of the date of this Order, or by a deadline agreed to by the Parties, Defendants shall respond to the following written interrogatories and requests for production of documents:

(a) Identify any directive, memorandum, policy, hold, or vetting or screening requirement, written or unwritten, that applied to the adjudication of Form I-485 applications filed under 8 U.S.C. § 1159(b) at any time from October 1, 2024 to the present, together with a description of its terms, its

effective date, and the date, if any, on which it ceased to apply, and produce documents sufficient to show the same;

(b) State whether USCIS adjudicated any Form I-485 application filed under 8 U.S.C. § 1159(b) with a receipt date later than September 16, 2024 at the Miami Field Office, ~~or later than September 26, 2024 at the Seattle Field Office,~~ and if so the number of such adjudications, and produce documents sufficient to show the receipt and adjudication dates of those applications;

(c) State the number of Form I-485 applications filed under 8 U.S.C. § 1159(b) adjudicated ~~at the Seattle Field Office and~~ at the Miami Field Office in each fiscal quarter from October 1, 2024 to the present; whether the receipt-date processing order described in Defendants' Motion is maintained nationally or by field office; and how the posted 34-month processing time cited in Defendants' Motion is calculated, including whether it reflects the time in which a percentage of recently completed cases were adjudicated or the projected time until a pending application is reached; and

(d) State the current processing status of ~~each~~ Plaintiff's I-485 application, including whether any hold, referral, security or background check, interview scheduling or waiver determination, or request for evidence is pending or has been completed~~, and the nature and purpose of the fingerprint update recorded on July 23, 2026 for Plaintiffs Bobrova and Luchita~~.

2. No Depositions at This Time. This Order does not authorize depositions. Plaintiffs may seek leave to conduct further discovery, including depositions, upon a showing that

Defendants' written responses are incomplete, evasive, or raise additional factual disputes requiring further development.

3. ~~Briefing Schedule. The Court will set a new deadline for Plaintiffs' merits opposition to Defendants' Motion for Summary Judgment following completion of the discovery ordered herein, and the Court defers ruling on Defendants' Motion pending resolution of this Counter-Motion and completion of that discovery. Within seven (7) days after completion of the discovery ordered herein, the parties shall submit a joint proposed schedule for the remaining summary-judgment briefing and hearing.~~

4. Reservation of Rights. Nothing in this Order shall be construed as a ruling on the merits of Defendants' Motion for Summary Judgment or Plaintiffs' underlying claims. Plaintiffs reserve all rights to oppose Defendants' Motion on any ground following completion of the discovery ordered herein.

IT IS SO ORDERED.

Dated: November 10, 2026

Honorable Susan van Keulen
United States Magistrate Judge